## CHARACTER OF PROCEEDINGS FOR VACATION OF A STREET.

Circuit Court of Cuyahoga County.

IN RE VACATION OF PART OF HARTFORD STREET IN THE CITY OF CLEVELAND.

Decided, February, 1909.

*Vacation of Street—Proceeding for, is Special—Not Appealable—Sections 1536-148-149-150 and 5236.*

J. A. Fenner, for plaintiff.
Newton D. Baker, City Solicitor, contra.

WINCH, J.; HENRY, J., and METCALF, J. (sitting in place of Marvin, J.), concur.

Heard on appeal.

In this case we hold that a proceeding brought under favor of Sections 1536-148 to 150, Revised Statutes, for the vacation of a street, is a special proceeding, as distinguished from a civil action, and so is not appealable to the circuit court under Section 5226, Revised Statutes.

So holding, the appeal is dismissed for want of jurisdiction.